**Order filed October 6, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00360-CV
_____

**JEFFERY STEVEN MARX, Appellant**

**V.**

**BURNET CENTRAL APPRAISAL DISTRICT, Appellee**

On Appeal from the 33rd District Court
Burnet County, Texas
Trial Court Cause No. 30490

## O R D E R

Appellant's brief was due September 24, 2020**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **November 5, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Spain, Hassan, and Poissant.